**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN JOSE MERCURY NEWS, INC.,<br><br>    Defendant.<br>_____/ | No. C-04-5262 CRB (EMC)<br><br>**ORDER RE MEET AND CONFER** |

    Both parties have filed discovery motions which are set for hearing before this Court on June 8, 2005. (Plaintiff has filed two motions, and Defendant one motion.) Based on the Court's review of the papers filed by the parties, it appears that the vast majority of the meet and confers have taken place by letter or telephone. This is in violation of the Court's standing order on discovery procedures, which requires in-person meet and confers, except where good cause is shown why a telephone meet and confer is adequate. In addition, the Court questions the adequacy of the meet and confers that have taken place. From the papers, it seems that the parties have not made a good faith attempt to reach an agreement on their discovery disputes.

    Accordingly, the Court hereby orders the parties to conduct an in-person meet and confer by May 11, 2005. Either lead trial counsel shall attend the meet and confer or counsel with *full and complete* authority on discovery matters. In lieu of any opposition or reply briefs for the motions, the parties shall file a joint letter with the Court by May 18, 2005. In the joint letter, the parties should describe who participated in the meet and confer and for how long. In addition, the parties should identify which issues on which they were able to reach agreement after meeting and conferring. If

there are any remaining disputes, then, for each dispute, the parties should provide brief statements of their respective positions and cite any applicable legal authority. The parties should use the attached template for their joint letter.

The parties are forewarned that the in-person meet-and-confer requirement shall be imposed on all future discovery disputes. The parties are also forewarned that the Court will not look kindly upon unnecessary posturing and that any party that takes a position that is not substantially justified may be subject to sanctions.

IT IS SO ORDERED.

Dated: April 20, 2005

                                                /s/
EDWARD M. CHEN
United States Magistrate Judge

# EXHIBIT 1 -- SAMPLE JOINT LETTER

[Date]

VIA [METHOD][1]

Honorable Edward M. Chen
United States Magistrate Judge
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re: [Case number and case name]

Dear Judge Chen:

The parties have met and conferred regarding several discovery disputes. The meet and confer took place on [date], with the participation of [Plaintiff's attorney], representing Plaintiff, and [Defendant's attorney], representing Defendant. The meet and confer was [in person or over the telephone] and lasted approximately [minutes or hours].

## I.   RESOLVED DISCOVERY DISPUTES

The parties reached agreement on several discovery disputes. Those agreements are as follows:

[Description of Agreement No. 1.]

[Description of Agreement No. 2.]

[Description of Agreement No. 3, etc.]

## II.   REMAINING DISCOVERY DISPUTES

The parties were not able to reach agreement on the remaining discovery disputes. Those remaining disputes and the parties' respective positions are provided below. Copies of the relevant discovery requests and responses are attached as Exhibits [numbers].[2]

A.   [Dispute No. 1]

---

[1] Note for Counsel: The Court may request a courtesy copy of the joint letter to be faxed to chambers. If so, counsel should still file a copy of the joint letter with the Clerk of the Court. The letter faxed to chambers is a courtesy copy only. *As a general matter, parties may not fax any papers to the Court without prior leave of the Court.*

[2] Note for Counsel: Unnecessary exhibits should not be attached.

3

1.     1.    [Position of Party Seeking Discovery][3]
2.     2.    [Position of Party Opposing Discovery]
3. B.    <u>[Dispute No. 2]</u>
4.     1.    [Position of Party Seeking Discovery]
5.     2.    [Position of Party Opposing Discovery]
6. C.    <u>[Dispute No. 3]</u>
7.     1.    [Position of Party Seeking Discovery]
8.     2.    [Position of Party Opposing Discovery]
9. D.    <u>[Dispute No. 4, etc.]</u>
10.     1.    [Position of Party Seeking Discovery]
11.     2.    [Position of Party Opposing Discovery]

Sincerely,

[Plaintiff's counsel]                                              [Defendant's counsel]
Attorney for Plaintiff                                          Attorney for Defendant

---

[3] Note for Counsel: Each party's position should be stated succinctly (*e.g.*, in one paragraph). The purpose of the joint letter is to inform the Court of the essence of the dispute in lieu of full briefing. The Court may order full briefing and/or a hearing if necessary.

(Left margin: **United States District Court** / For the Northern District of California)