JAMES M. CHADWICK (Bar No. 157114)
ROGER MYERS (Bar No. 146164)
DIANA NG FUNG (Bar No. 185175)
CHRISTINE K. CORBETT (Bar No. 209128)
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
SAN JOSE MERCURY NEWS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER R. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOSE MERCURY NEWS, INC.,<br><br>Defendant. | CASE NO. C-04-05262 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING FOR DEFENDANT SAN JOSE MERCURY NEWS, INC.'S MOTION FOR SUMMARY JUDGMENT AND SETTING DEADLINE FOR FAIR USE DISCOVERY** |

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7191454.2
349979-30

-1-
STIPULATION AND [PROPOSED] ORDER ON SAN JOSE MERCURY NEWS'
MOTION FOR SUMMARY JUDGMENT AND BRIEFING / CASE NO. C 04 05262 CRB

## STIPULATION

1. WHEREAS, in its June 27, 2005 order, the Court continued the hearing on defendant San Jose Mercury News, Inc.'s (the "Mercury News") motion for summary judgment from September 2, 2005 to October 7, 2005 pursuant to plaintiff Christopher Harris' ("Harris") ex parte application. The Court also ordered the Mercury News to file its motion for summary judgment no later than August 19, 2005 and depositions on the issue of fair use to be completed by August 31, 2005;

WHEREAS, to date, Harris has been unavailable to be deposed because of his medical condition (he has contracted hepatitis). His physician has signed a declaration stating that Harris should not be deposed until September 19, 2005;

WHEREAS, Harris believes that his expert witness, Jane Kinne ("Kinne"), cannot be prepared to testify until fact discovery is completed;

WHEREAS, it is the position of the Mercury News that it is necessary for the Mercury News to depose Harris and Kinne prior to the filing of its motion for summary judgment;

WHEREAS, the parties have been engaged in discovery disputes over pending discovery and are still in the process of meeting and conferring about them with each other, and certain disputes are pending before Magistrate Judge Chen;

WHEREAS, the parties require additional time to conduct and complete discovery prior to the filing of the Mercury News' motion for summary judgment, and to resolve their discovery disputes before Magistrate Judge Chen;

WHEREAS, the parties have agreed that the October 7, 2005 hearing on the Motion should be continued to permit the parties to complete discovery prior to the filing of the Mercury News' motion for summary judgment;

WHEREAS, Harris agrees that he and Kinne will be made available for deposition not later than September 30, 2005;

The parties agree to complete fact and expert discovery (as confined to the issues set forth in the Court's July 8, 2005 Order Granting in Part the Motion of Defendant San Jose Mercury News for Judgment on the Pleadings, Setting Summary Judgment Hearing and Limiting

-2-

DLA PIPER RUDNICK GRAY CARY US LLP

EM\7191454.2
349979-30

STIPULATION AND [PROPOSED] ORDER ON SAN JOSE MERCURY NEWS' MOTION FOR SUMMARY JUDGMENT AND BRIEFING / CASE NO. C 04 05262 CRB

Discovery ("July 8 Order") prior to the filing of the Mercury News' motion for summary judgment; and

The parties hereby stipulate that the October 7, 2005 hearing on the Motion shall be continued to November 18, 2005, and the motion, opposition, and reply deadlines shall be October 14, 2005, October 28, 2005, and November 4, 2005, respectively, in accordance with Local Rule 7-3, or on such other dates as the Court shall specify.

Dated: August 10, 2005                DLA PIPER RUDNICK GRAY CARY US LLP

By _____
JAMES M. CHADWICK
ROGER MYERS
DIANA NG FUNG
CHRISTINE K. CORBETT
Attorneys for Defendant
SAN JOSE MERCURY NEWS, INC.

Dated: August ____, 2005              TRIAL & TECHNOLOGY LAW GROUP

By _____
ROBERT A. SPANNER
Attorney for Plaintiff
CHRISTOPHER R. HARRIS

**ORDER**

GOOD CAUSE appearing therefor, the Court hereby orders as follows.

IT IS ORDERED THAT the October 7, 2005 hearing on the Mercury News' Motion for Summary Judgment is continued to November 18, 2005 at 10:00 a.m.

IT IS FURTHER ORDERED THAT the Mercury News' deadline to file the motion for summary judgment is October 14, 2005, and the parties' deadline to file opposition and reply briefs are continued to October 28, 2005 and November 4, 2005, respectively, or on such other dates as the Court shall specify in accordance with Civil Local Rule 7-3.

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7191454.2
349979-30

-3-
STIPULATION AND [PROPOSED] ORDER ON SAN JOSE MERCURY NEWS'
MOTION FOR SUMMARY JUDGMENT AND BRIEFING / CASE NO. C 04 05262 CRB

IT IS FURTHER ORDERED THAT:

1. all fact and expert discovery, including but not limited to depositions, be completed by October 14, 2005;
2. all fact and expert discovery is limited to the issues set forth in the Court's July 8 Order;
3. Harris and Kinne must be made available for deposition no later than September 30, 2005; and
4. all discovery disputes shall be submitted to Magistrate Judge Chen.

IT IS SO ORDERED.

Dated: August 15 , 2005



THE _____ R. BREYER

United States District Judge

APPROVED
Judge Charles R. Breyer

-4-
STIPULATION AND [PROPOSED] ORDER ON SAN JOSE MERCURY NEWS' MOTION FOR SUMMARY JUDGMENT AND BRIEFING / CASE NO. C 04 05262 CRB

DLA PIPER RUDNICK GRAY CARY US LLP

EM\7191454.2
349979-30