**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER R. HARRIS,                    No. C 04-05262 CRB

12              Plaintiff,                     **ORDER**

13      v.

14   SAN JOSE MERCURY NEWS,

15              Defendant.
                                          /
16   _____

17          Plaintiff's request for amendment of the Court's July 11, 2005 Order (Docket No. 75)

18   is DENIED.

19          **IT IS SO ORDERED.**

20

21

22   Dated: August 22, 2005                    _____
                                          CHARLES  R. BREYER
23                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

G:\CRBALL\2004\5262\order 4.wpd