UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN JOSE MERCURY NEWS, INC.,<br><br>    Defendant.<br>_____/ | No. C-04-5262 CRB (EMC)<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR SHORTENED TIME (Docket Nos. 78, 80)** |

    Plaintiff has asked that two discovery motions -- one related to depositions and the other related to written discovery -- be heard on shortened time. Because the parties have now provided joint submissions regarding their discovery disputes and Judge Breyer has altered the case management schedule, Plaintiff's motions for shortened time are hereby DENIED as moot.

    This order disposes of Docket Nos. 78 and 80.

    IT IS SO ORDERED.

Dated: September 7, 2005

                                                  EDWARD M. CHEN<br>                                                  United States Magistrate Judge