UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS,<br><br>   Plaintiff,<br><br>   v.<br><br>SAN JOSE MERCURY NEWS, INC.,<br><br>   Defendant.<br>_____/ | No. C-04-5262 CRB (EMC)<br><br>**ORDER RE TELEPHONE CONFERENCE CALL OF SEPTEMBER 22, 2005** |

   Previously, the Court instructed the parties, through staff, to file a two- to three-page joint letter regarding a dispute over the deposition of Plaintiff Christopher Harris.  The parties were told that the purpose of the joint letter was to inform the Court of the essence of the dispute and that each party should lay out in a paragraph or two its position regarding the dispute, citing any relevant case law.  Instead, the parties filed an eight-page letter, and with more than fifty pages of exhibits.

   The Court hereby orders the parties to refile the joint letter by the end of the day today consistent with the Court's previous instructions.  If the parties fail to comply with the Court's instructions, then the Court shall issue an order to show cause, asking why the parties should not be held in contempt of Court.

   The telephone conference call set for today at 3:30 p.m. is hereby VACATED.  Instead, the parties are to report to the courthouse on September 23, 2005, at 9:30 a.m. for an in person meet and confer to be monitored by the Court.  Lead counsel or counsel with *full and complete authority on discovery* shall be required to attend.  The meet and confer should cover the dispute covered in the parties' joint letter of September 22, 2005.  It should also cover the disputes raised in the letter from

Mr. Harris's counsel of September 21, 2005.  The Court notes that, although Mr. Harris's counsel was specifically instructed that any additional disputes should be raised by joint letter, counsel failed to do so.  Moreover, based on the Court's review of the letter, it is hard pressed to understand why the disputes cannot be resolved by the parties without the need for Court intervention.  The parties are forewarned that the Court shall not tolerate such conduct in the future and further that they risk being subject to sanctions if the parties' unnecessary posturing persists or if either party takes a position that is not substantially justified.

    IT IS SO ORDERED.

Dated:  September 22, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge

2