UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS,<br><br>            Plaintiff,<br><br>      v.<br><br>SAN JOSE MERCURY NEWS, INC.,<br><br>            Defendant.<br>_____/ | No. C-04-5262 CRB (EMC)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO COMPEL**<br>**(Docket No. 123)** |

     Defendant the San Jose Mercury News, Inc. has filed a motion to compel further responses to certain document requests and requests for admission served on Plaintiff Christopher R. Harris. Having considered the parties' briefs and accompanying submissions, as well as the oral argument of counsel (presented during a conference call on October 31, 2005), the Court hereby GRANTS in part and DENIES in part the motion to compel.

     The motion to compel is denied in part as moot because Mr. Harris has provided supplemental responses to the requests for admission at issue and a supplemental confirmation for RFPs Nos. 2, 4-6, 8, 12-14, 19-21, 23, 24, 28, and 34-35. These responses and confirmation are sufficient to satisfy the Federal Rules of Civil Procedure and this Court's prior order.

     The motion to compel is granted in part with respect to the request for a supplemental confirmation for RFPs Nos. 7, 10, and 11. During the conference call, Mr. Harris represented that there are only two or three documents being withheld with respect to these requests. Mr. Harris also conceded that the documents are not being withheld on the basis of privilege and that the documents are relevant to other issues in the case (*e.g.*, copyright invalidity). Even though Judge Breyer has

limited discovery for the present to fair use, the Court notes that it construes relevance broadly for purposes of discovery -- in other words, so long as there is a viable theory supporting relevance to the issue of fair use, the documents should be produced. Given the Court's broad construction of relevance, the fact that there are only two or three documents being withheld (none on the basis of privilege which Defendant contends may be relevant to the issue of fair use), the fact that the documents would eventually be produced in this litigation in any event, and the fact that Mr. Harris has identified no cognizable prejudice were these documents produced now, the Court orders that Mr. Harris serve a supplemental confirmation for the requests and further orders that Mr. Harris produce the documents being withheld by November 1, 2005, at 4:00 p.m.

This order disposes of Docket No. 123.

IT IS SO ORDERED.

Dated: November 1, 2005

EDWARD M. CHEN
United States Magistrate Judge