JAMES M. CHADWICK (Bar No. 157114)
ROGER MYERS (Bar No. 146164)
DIANA NG FUNG (Bar No. 185175)
CHRISTINE K. CORBETT (Bar No. 209128)
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
SAN JOSE MERCURY NEWS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER R. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOSE MERCURY NEWS, INC.,<br><br>Defendant. | CASE NO. C-04-05262 CRB<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR (1) PLAINTIFF'S MOTION TO STRIKE DECLARATIONS AND OPINIONS OF DEFENDANT'S EXPERT AND DECLARATIONS OF WITNESSES AND (2) PLAINTIFF'S MOTION TO DENY OR CONTINUE MOTION FOR SUMMARY JUDGMENT ON ALL ISSUES OTHER THAN FAIR USE |

WHEREAS, on October 28, 2005, plaintiff Christopher R. Harris ("Plaintiff") filed a Motion to Deny or Continue San Jose Mercury News, Inc.'s ("Mercury News") Motion for Summary Judgment on All Issues Other than Fair Use ("Motion to Continue");

WHEREAS, on October 29, 2005, Plaintiff filed a Motion to Strike Declarations and Opinions of Defendant's Expert and Declarations of Witnesses ("Motion to Strike");

WHEREAS, the parties have reached agreement with respect to the briefing schedule for Plaintiff's Motion to Continue and Motion to Strike;

THEREFORE, IT IS HEREBY STIPULATED by Plaintiff and the Mercury News as follows:

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7195552.1
349979-30

-1-
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE –
CASE NO. C 04 05262 CRB

(1) The Mercury News' deadline to file its opposition to Plaintiff's Motion to Continue is November 8, 2005. Plaintiff's deadline to file his reply in support of his Motion to Continue is November 10, 2005.

(2) The Mercury News' deadline to file its opposition to Plaintiff's Motion to Strike is November 9, 2005. Plaintiff shall not file a reply in support of his Motion to Strike.

Dated: October 31, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
JAMES M. CHADWICK
ROGER MYERS
DIANA NG FUNG
CHRISTINE K. CORBETT
Attorneys for Defendant
SAN JOSE MERCURY NEWS, INC.

Dated: October 31, 2005

TRIAL & TECHNOLOGY LAW GROUP

By _____
ROBERT A. SPANNER
Attorney for Plaintiff
CHRISTOPHER R. HARRIS

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

(1) The Mercury News' deadline to file its opposition to Plaintiff's Motion to Continue is November 8, 2005. Plaintiff's deadline to file his reply in support of his Motion to Deny or Continue is November 10, 2005.

(2) The Mercury News' deadline to file its opposition to Plaintiff's Motion to Strike is November 9, 2005. Plaintiff shall not file a reply in support of his Motion to Strike.

Dated: November 02, 2005

_____
CHARLES R. BREYER
United States District C...

*APPROVED — Judge Charles R. Breyer*

-2-
STIPULATION AND [P...]... SCHEDULE – ... 04 05262 CRB

EM\7195552.1
349979-30

10/31/2005 MON 17:27  [TX/RX NO 5805] @004
TOTAL P.04