**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER R. HARRIS,                No. C 04-05262 CRB

12          Plaintiff,                     **ORDER**

13      v.

14   SAN JOSE MERCURY NEWS,

15          Defendant.
                                        /
16

17        Now pending before the Court are several motions arising from disputes surrounding

18   defendant's motion for summary judgment.  The Court has considered the extensive briefing

19   and rules as follows:

20        1.      Plaintiff's motion to stay the motion for summary judgment as to claim two, the

21   Digital Millennium Copyright Act claim, is GRANTED.  On May 27, 2005, in open court,

22   the Court definitively directed the parties to narrow discovery and defendant's summary

23   judgment motion to the four prongs of the fair use doctrine under 15 U.S.C. section 107.  See

24   Tr. 31:24-25; See also July 11 Order (Docket #75); July 6 Letter from James Chadwick

25   (Docket #67).  Thus, at this time the Court will consider defendant's motion for summary

26   judgment as it pertains to that claim *only*.

27        2.      Plaintiff's motion to strike defendant's reply and defendant's motion for

28   administrative relief are DENIED.  To the extent that defendant improperly introduced new

**United States District Court**

For the Northern District of California

1  arguments or evidence in its reply brief, plaintiff may file a sur-reply brief addressing the

2  new arguments and evidence of no more than 10 pages on or before November 29, 2005.

3      **IT IS SO ORDERED.**

4

5

6  Dated: November 22, 2005

              CHARLES  R. BREYER
              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28