IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN JOSE MERCURY NEWS, INC.,<br><br>    Defendant.<br>_____/ | No. C 04-05262 CRB<br><br>**ORDER** |

    The Court is in receipt of letters from both parties regarding plaintiff's Second Amended Complaint. Defendant shall address any arguments pertaining to the version filed on February 1, 2006, in its motions to be heard on March 24, 2006. Plaintiff may not further amend the Complaint until the Court determines a resolution to defendant's motions.

    **IT IS SO ORDERED.**

Dated: February 3, 2006

                                                CHARLES R. BREYER<br>
                                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\5262\order re complaint.wpd