UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS,<br><br>           Plaintiff,<br><br>    v.<br><br>SAN JOSE MERCURY NEWS, INC.,<br><br>           Defendant.<br>_____/ | No. C-04-5262 CRB (EMC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL FURTHER DEPOSITION OF PLAINTIFF CHRISTOPHER R. HARRIS**<br><br>**(Docket No. 221)** |

Defendant's motion came on for hearing on May 5, 2006. Having considered the papers filed in support of and in opposition to the motion and the argument of counsel, and good cause appearing therefor, the Court hereby **GRANTS** the motion.

The limits of the first deposition were not clearly defined. Although originally limited per Judge Breyer's order to fair use, the scope of the deposition was expanded to include the DMCA, copyright registration and other issues. Neither party made explicit their understanding as to the limit, if any, on the proper scope. Counsel for both sides left the matter ambiguous.

The Court finds there are subject areas that in fact were not fully explored and that given the importance of Plaintiff's testimony in this case, a further half-day (*i.e.* 4 hours) deposition is warranted. Given Plaintiff's representation about his financial situation and health concerns, and the fact that Defendant contributed to the ambiguity which has now led to the second deposition, the Court concludes that the deposition shall proceed in one of the two following ways:

1.   Defendant pays for reasonable transportation expenses (including lodging) to fly Plaintiff to the Bay Area for a live deposition, or

2.   Plaintiff's deposition be taken via live video conference with both counsel appearing remotely, Defendant bearing the expense of set up.

The deposition shall not focus on questions concerning fair use or the DCMA. As to matters which overlap between these areas and new subjects permitted hereunder, a reasonable number of questions may be asked without strict and literal limits. But the focus must be on the subject areas not covered in the first deposition.

This order disposes of Docket No. 221.

IT IS SO ORDERED.

Dated: May 5, 2006

EDWARD M. CHEN
United States Magistrate Judge

2