1  JAMES M. CHADWICK (Bar No. 157114)
   jchadwick@sheppardmullin.com
2  GARY BOSTWICK (Bar No. 79000)
   gbostwick@sheppardmullin.com
3  SHEPPARD MULLIN RICHTER & HAMPTON, LLP
   Four Embarcadero Center, 17th Floor
4  San Francisco, CA 94111-4106
   Tel:  415.434.9100
5  Fax:  415.434.3947

6  DIANA NG FUNG (Bar No. 185175)
   CHRISTINE K. CORBETT (Bar No. 209128)
7  DLA PIPER RUDNICK GRAY CARY US LLP
   2000 University Avenue
8  East Palo Alto, CA  94303-2248
   Tel:  650.833.2000
9  Fax:  650.833.2001

10 Attorneys for Defendant
   SAN JOSE MERCURY NEWS, INC.

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15
   CHRISTOPHER R. HARRIS,           CASE NO.  C 04-05262 CRB
16
            Plaintiff,              STIPULATION AND [PROPOSED]
17                                  ORDER REGARDING FEDERAL RULE
        v.                          OF CIVIL PROCEDURE 26(a)(3)
18
   SAN JOSE MERCURY NEWS, INC.,
19
            Defendant.
20

21

22         WHEREAS, pursuant to Federal Rule of Civil Procedure 26(a)(3), the parties are required

23 to exchange pretrial disclosures on May 12, 2006;

24         WHEREAS, on March 31, 2006, trial in this matter was set for June 12, 2006;

25         WHEREAS, expert reports will be supplemented as required by Federal Rule of Civil

26 Procedure 26 on May 10, 2006 pursuant to the Court's April 12, 2006 Order;

27

28

DLA PIPER RUDNICK
GRAY CARY US LLP

EM\7203841.1
349979-30

-1-
STIPULATION AND [PROPOSED] ORDER RE FRCP 26(A)(3)–
CASE  NO. C 04 05262 CRB

MAY-03-2006  15:04          TRIAL & TECH LAW GROUP                          P.03/04

1      WHEREAS, discovery has not yet been completed by either party and will not be

2    completed by the time the parties are required to comply with Federal Rule of Civil Procedure

3    26(a)(3);

4      WHEREAS, the Court maintains its own pretrial disclosure requirements in its Guidelines

5    for Trial and Final Pretrial Conference In Civil Jury Cases Before The Honorable Charles R.

6    Breyer, filed on March 31, 2006 in this action;

7      THEREFORE, IT IS HEREBY STIPULATED by Plaintiff Christopher R. Harris and

8    Defendant San Jose Mercury News, Inc. as follows:

9      The parties are not required to prepare or exchange the pretrial disclosures required under

10   Federal Rule of Civil Procedure 26(a)(3).  Rather, the parties agree to comply with this Court's

11   Guidelines for Trial and Final Pretrial Conference In Civil Jury Cases Before The Honorable

12   Charles R. Breyer, filed on March 31, 2006.

13   Dated:  May __3__, 2006                    DLA PIPER RUDNICK GRAY CARY US LLP

14

15                                             By _____

16                                             JAMES M. CHADWICK
                                               DIANA NG FUNG
17                                             CHRISTINE K. CORBETT
                                               Attorneys for Defendant
18                                             SAN JOSE MERCURY NEWS, INC.

19   Dated:  May __3__, 2006                    TRIAL & TECHNOLOGY LAW GROUP

20

21                                             By _____

22                                             SUSAN Q. KALRA
                                               Attorney for Plaintiff
23                                             CHRISTOPHER R. HARRIS

24

25

26

27

28

                                   -2-
                        STIPULATION AND [PROPOSED] ORDER RE FRCP 26(A)(3)–

                        05/03/2006 WED 14:13  [TX/RX NO 7532]  ☑003

1

## **ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED THAT the parties are not

3   required to comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure

4   26(a)(3).  The parties shall comply with this Court's Guidelines for Trial and Final Pretrial

5   Conference In Civil Jury Cases Before The Honorable Charles R. Breyer, filed on March 31,

6   2006.

7

8   IT IS SO ORDERED.

9   Dated: May _08_, 2006

10  _____

    CHARLES R. BREYER

11  United States District Court Judge



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EM\7203841.1
349979-30