```
 1  Robert A. Spanner, Esq. (State Bar No. 60308)
    TRIAL & TECHNOLOGY LAW GROUP
 2  A Professional Corporation
 3  545 Middlefield Road, Suite 220
    Menlo Park, CA 94025
 4  Telephone:    (650) 324-2223
    Facsimile:    (650) 324-0178
 5
 6  Attorneys for Plaintiff
    CHRISTOPHER HARRIS
 7
 8
 9                       UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11
```

| | | |
|---|---|---|
| CHRISTOPHER HARRIS, | ) | Case No. CV 04-05262 CRB (EMC) |
| | ) | |
| Plaintiff, | ) | **[~~PROPOS~~ED] ORDER SHORTENING TIME FOR HEARING ON:** |
| vs. | ) | **1) PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF A DOCUMENT AND** |
| SAN JOSE MERCURY NEWS, INC., | ) | **2) PLAINTIFF'S MOTION FOR RELIEF FROM EXPERT FEES FOR DEPOSING DEFENDANT'S EXPERT WITNESSES** |
| Defendants. | ) | |

Upon the motion of Plaintiff Christopher Harris, and good cause appearing for issuance of an order shortening time for hearing on Plaintiff's Motion to Compel Production of a Document and Plaintiff's Motion for Relief from Expert Fees for Deposing Defendant's Expert Witnesses ("Plaintiff's Motions"), Plaintiff's motion is GRANTED.

The hearing on Plaintiff's Motions shall be held on ~~May 17, 2006 at 10:30 a.m.~~ May 11, 2006 at 3:00 p.m.

Plaintiff's motion papers shall be filed no later than May 5, 2006 and Defendant's opposition papers shall be filed no later than ~~May 12, 2006~~. May 9, 2006. Chamber's copy shall be delivered by 5:00 p.m.

---

Order Shortening Time for Mot. To Compel and
Mot. For Relief From Expert Fees -
Case No. CV 04-05262 CRB (EMC)                 1

If required by the Court, Plaintiff shall be prepared to file any supplemental evidence (such as supplemental declaration or response to interrogatory) by Noon on 5/12/06.

Dated: May 8, 2006

_____
UNITED STATES MAGISTRATE JUDGE

---

Order Shortening Time for Mot. To Compel and
Mot. For Relief From Expert Fees -
Case No. CV 04-05262 CRB (EMC)        2