United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   CHRISTOPHER R. HARRIS,                    No. C 04-05262 CRB
12            Plaintiff,                       **ORDER GRANTING CONTINUANCE
                                               OF TRIAL DATE**
13      v.
14   SAN JOSE MERCURY NEWS, INC.,
15            Defendant.
                                          /
16
17        Now pending before the Court is plaintiff's Motion to Continue Trial Date, which is
18   currently set for June 12, 2006.  After carefully considering the parties' briefs, plaintiff's
19   motion is hereby GRANTED IN PART.  The trial date is continued until July 17, 2006.  The
20   pretrial conference is set for July 6, 2006, at 10:00 a.m.  All other pretrial deadlines shall be
21   adjusted accordingly.
22        **IT IS SO ORDERED.**
23
24
25   Dated: May 22, 2006                      _____
                                               CHARLES  R. BREYER
26                                             UNITED STATES DISTRICT JUDGE
27
28

G:\CRBALL\2004\5262\order continuing trial date.wpd

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28