UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS, | No. C-04-5262 CRB (EMC) |
| Plaintiff, | |
| v. | **ORDER RE DISCOVERY DISPUTES** |
| SAN JOSE MERCURY NEWS, INC., | **(Docket Nos. 267, 268)** |
| Defendant. | |
| _____/ | |

The parties have filed letter briefs regarding the current dispute over Plaintiff's request for additional time to supplement his discovery responses in light of the continuance of the trial date to July 17, 2006. *See* Docket Nos. 267, 268. Defendant argues in opposition that Plaintiff is not relieved of his obligation to produce supplemental responses, and that the documents are needed in advance of Plaintiff's deposition on June 2, 2006. The Court hereby grants an extension of time by which Plaintiff shall supplement his responses to May 26, 2006. As Plaintiff has not demonstrated that his responses are contingent upon receipt of Defendant's discovery responses, the Court denies his request to set the due date at a future hearing.

Plaintiff has also indicated the possibility of filing a motion to compel. The parties are reminded that the Court requires in-person meet-and-confer on any discovery disputes. *See* April 20, 2005 Order Re: Meet and Confer (Docket No. 41). The parties shall submit any further discovery

//

//

disputes by filing a joint letter, as outlined in the April 20, 2005 Order. A template is attached hereto.

IT IS SO ORDERED.

Dated: May 23, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

2

**EXHIBIT 1 -- SAMPLE JOINT LETTER**

[Date]

VIA [METHOD][1]

Honorable Edward M. Chen
United States Magistrate Judge
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re: [Case number and case name]

Dear Judge Chen:

The parties have met and conferred regarding several discovery disputes. The meet and confer took place on [date], with the participation of [Plaintiff's attorney], representing Plaintiff, and [Defendant's attorney], representing Defendant. The meet and confer was [in person or over the telephone] and lasted approximately [minutes or hours].

### I. RESOLVED DISCOVERY DISPUTES

The parties reached agreement on several discovery disputes. Those agreements are as follows:

[Description of Agreement No. 1.]

[Description of Agreement No. 2.]

[Description of Agreement No. 3, etc.]

### II. REMAINING DISCOVERY DISPUTES

The parties were not able to reach agreement on the remaining discovery disputes. Those remaining disputes and the parties' respective positions are provided below. Copies of the relevant discovery requests and responses are attached as Exhibits [numbers].[2]

A.   [Dispute No. 1]

---

[1] Note for Counsel: The Court may request a courtesy copy of the joint letter to be faxed to chambers. If so, counsel should still file a copy of the joint letter with the Clerk of the Court. The letter faxed to chambers is a courtesy copy only. *As a general matter, parties may not fax any papers to the Court without prior leave of the Court.*

[2] Note for Counsel: Unnecessary exhibits should not be attached.

1. [Position of Party Seeking Discovery][3]

2. [Position of Party Opposing Discovery]

B. [Dispute No. 2]

1. [Position of Party Seeking Discovery]

2. [Position of Party Opposing Discovery]

C. [Dispute No. 3]

1. [Position of Party Seeking Discovery]

2. [Position of Party Opposing Discovery]

D. [Dispute No. 4, etc.]

1. [Position of Party Seeking Discovery]

2. [Position of Party Opposing Discovery]

Sincerely,


[Plaintiff's counsel]                [Defendant's counsel]
Attorney for Plaintiff               Attorney for Defendant

---

[3] Note for Counsel: Each party's position should be stated succinctly (*e.g.*, in one paragraph). The purpose of the joint letter is to inform the Court of the essence of the dispute in lieu of full briefing. The Court may order full briefing and/or a hearing if necessary.