IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS, | No. C 04-05262 CRB |
|     Plaintiff, | **ORDER SETTING TRIAL DATE** |
|     v. | |
| SAN JOSE MERCURY NEWS, INC., | |
|     Defendant. / | |

On May 22, 2006, the Court granted in part plaintiff's motion to continue the trial date. Since then, the Court has received further submissions from both parties regarding the trial date. After carefully considering the concerns of both parties, the Court hereby continues the trial date to July 31, 2006. The pretrial conference remains set for July 6, 2006, at 10:00 a.m. All other pretrial deadlines shall also remain the same.

**IT IS SO ORDERED.**

Dated: June 2, 2006

                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\5262\order setting trial date .wpd