UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS, | No. C-04-5262 CRB (EMC) |
| Plaintiff, | |
| v. | **ORDER REFERRING TO JUDGE BREYER PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR REBUTTAL EXPERT DISCLOSURES** |
| SAN JOSE MERCURY NEWS, INC., | |
| Defendant. | **(Docket Nos. 274, 278)** |
| _____/ | |

Because the issues raised in the parties' letter briefs concerning Plaintiff's motion for additional time to provide rebuttal expert disclosures impacts pre-trial and trial dates set in this action, the matter is referred to the presiding District Judge.

IT IS SO ORDERED.

Dated: June 8, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge