**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN JOSE MERCURY NEWS, INC.,<br><br>        Defendant.<br>_____/ | No. C 04-05262 CRB<br><br>**ORDER** |

   Now pending before the Court is plaintiff's request to extend the deadline for rebuttal expert disclosures. The Court hereby ORDERS the parties to disclose any and all supplemental or rebuttal expert reports by the end of the business day on Friday, June 16, 2006.

**IT IS SO ORDERED.**

Dated: June 9, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\5262\order re rebuttal disclosures.wpd