UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS,<br><br>        Plaintiff,<br><br>  v.<br><br>SAN JOSE MERCURY NEWS, INC.,<br><br>        Defendant.<br>_____/ | No. C-04-5262 CRB (EMC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER (Docket No. 318)** |

    On July 11, 2006, Plaintiff Christopher Harris filed a letter with the Court, asking for a protective order. In the letter, Mr. Harris asked that the Court either (1) prohibit Defendant San Jose Mercury News from taking the deposition of his expert, Jane S. Kinne, a second time or (2) limit the deposition to one hour. Mr. Harris also asked that, if the deposition were to proceed, it begin no earlier than 9:00 a.m. Pacific Time. On July 12, 2006, the Mercury News filed a letter in opposition to the request for a protective order.

///
///
///
///
///
///
///
///

Having reviewed the parties' letters and accompanying submissions, the Court hereby DENIES Mr. Harris's request for a protective order.  The deposition of Ms. Kinne shall proceed on July 18, 2006, at 10:00 a.m. Eastern Standard Time.  However, the Court shall limit the length of the deposition to four hours.  Moreover, the deposition shall be limited to topics relating to Ms. Kinne's new opinions in her declaration in opposition to the Mercury News's motion for summary judgment, supplemental report, and Mr. Harris's recent supplemental interrogatory responses.  Per the Mercury News's offer, Ms. Kinne's fees for the time spent at the deposition shall be paid by the Mercury News.

IT IS SO ORDERED.

Dated: July 14, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge