**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER R. HARRIS,

     Plaintiff,

  v.

SAN JOSE MERCURY NEWS,

     Defendant.

_____/

No. C 04-05262 CRB

**ORDER**

Now pending before the Court is yet another minor dispute the parties were unable to resolve by agreement in a professional manner, this one involving deposition testimony to be shown to the jury via video.  The objections to the deposition of Paul Elie appearing on pages 53 and 110 are overruled.  The testimony on pages 102 and 105, to which objections have been interposed, are deemed withdrawn.  All objections to the deposition testimony of Cary Goldstein are further overruled.  Finally, a single video presentation of all of the excerpts is required.

    **IT IS SO ORDERED.**

Dated: July 24, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\5262\order 8 deposition testimony.wpd

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28