United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS, | No. C-04-5262 CRB (EMC) |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S REQUEST FOR CLARIFICATION** |
| SAN JOSE MERCURY NEWS, INC., | **(Docket Nos. 333, 336)** |
| Defendant. | |

On July 21, 2006, Plaintiff Christopher Harris filed a letter, asking for clarification of the Court's order of July 14, 2006, regarding the deposition of his expert Jane Kinne. *See* Docket No. 333. More specifically, Mr. Harris asked that the Court require Defendant San Jose Mercury News, Inc. to pay Ms. Kinne's fees by a date certain. In response, the Mercury News argued that there is no need to grant such relief because "[f]ederal law does not impose any deadline for the payment of expert deposition fees." Docket No. 336. The Mercury News added, however, that, if the Court were to "mandate[] a deadline for [its] payment of Ms. Kinne's fees for her July 18 deposition," then it should also "set the same deadline for Plaintiff's payment of the deposition fees for the Mercury News' expert, *including* the fees and costs incurred in connection with Mr. Harvey's and Mr. Turnage's travel." *Id.* (emphasis added). According to the Mercury News, each of its two experts spent 3 hours traveling from Marin County to Menlo Park, where Mr. Harris's counsel is located.

Having considered the parties' letters and accompanying submissions, the Court hereby orders that any outstanding expert fees -- whether Mr. Harris's expert or the Mercury News' -- be paid by August 15, 2006. While there may be no law imposing a specific deadline for expert fees,

they should not be put off indefinitely. As for the Mercury News' contention that the travel fees for its experts should be paid, the Court notes that only a "reasonable fee" is required by Rule 26(b)(4)(C). *See* Fed. R. Civ. P. 26(b)(4)(C). The Mercury News was willing to absorb travel fees if the depositions were held in San Francisco instead of Menlo Park. Accordingly, the Court shall require Mr. Harris to pay for only 1.5 hours of travel time per expert. Moreover, the experts shall not be paid their full fee for their travel time but rather shall be paid a reduced fee. *See Frederick v. Columbia Univ.*, 212 F.R.D. 176, 177 (S.D.N.Y. 2003) (ordering that expert be compensated at an hourly rate of $ 375 for his deposition and $ 200 per hour for travel time). The parties should meet and confer regarding an appropriate reduced rate.

IT IS SO ORDERED.

Dated: July 24, 2006

EDWARD M. CHEN
United States Magistrate Judge

2