UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER R. HARRIS, | Case No. C04 05262 CRB (EMC) |
| Plaintiff, | The Hon. Charles R. Breyer |
| v. | **STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT AT TRIAL** |
| SAN JOSE MERCURY NEWS, INC., | |
| Defendant. | |

WHEREAS the trial of this matter has been set for July 31, 2006; whereas the parties desire and intend to use certain equipment at the trial of this matter; whereas the use of this equipment is reasonably necessary to the prosecution and defense of the trial; and whereas the equipment will facilitate the presentation of the evidence to the jury and the Court;

NOW, THEREFORE, it is stipulated and agreed by and between Plaintiff, Christopher R. Harris ("Plaintiff") and defendant, San Jose Mercury News, Inc. ("Mercury News"), that the following equipment shall be allowed to be brought into the courthouse and the courtroom, and used for the purposes of the trial of this matter:

<u>Plaintiff</u>

(2) Laptop computers with cases

(1) LCD projector with case and replacement parts

(1) Overhead projector with case and replacement parts

(1) Projection screen

(1) Printer

(2) Easels (and large pads of paper)

(1) Hard black carrying case

Surge protector, extension cords, cables

(2) boxes of miscellaneous non-paper trial supplies

<u>Mercury News</u>

(4) Laptop computers with cases

(2) External hard drives

(1) Printer

(1) Scanner

(5) 17" LCD monitors (Judge, witness, 1-Plaintiff, 2-Mercury News)

(1) LCD projector with case

(1) Wolfvision projector with case

(1) Projection screen with case

(1) Switcher

(1) Speaker and stand

(1) Small table

(1) Small cart with binders

Surge protector, extension cords, cables

SO STIPULATED.

Dated: July 25, 2006     By: [signature]
                              Susan Kalra
                              Trial & Technology Law Group

-2-

W02-WEST:SJMC1\400042297.1           STIPULATION AND [PROPOSED] ORDER
                                     PERMITTING USE OF EQUIPMENT AT TRIAL

1  Dated:   July 25, 2006              By:  /s/ James M. Chadwick
2                                           James Chadwick
3                                           Sheppard Mullin Richter & Hampton, LLP

4          Being familiar with the matter, having considered the parties' stipulation,
5  and good cause appearing therefor:
6          The parties shall be permitted to bring the equipment listed above into the
7  courthouse and to install it in the courtroom, being responsible for the appropriate
8  arrangement of the equipment in accordance with the direction of the Court or its staff, and
9  for the removal of the equipment from the courtroom at the conclusion of trial or at the
10 direction of the Court or its staff.
11         IT IS SO ORDERED.

12 Dated:  _____July 26_____, 2006
13

15                         By  _____
16                             Judge Charles R. Breyer
                                United States District

IT IS SO ORDERED
Judge Charles R. Breyer

-3-