**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS, | No. C 04-05262 CRB |
| Plaintiff, | **PROPOSED JURY INSTRUCTION AS TO FAIR USE** |
| v. | |
| SAN JOSE MERCURY NEWS, | |
| Defendant. _____/ | |

In advance of tomorrow's hearing on jury instructions, the parties shall consider the following proposed instruction on fair use:

### AFFIRMATIVE DEFENSE—FAIR USE

One who is not the owner of the copyright may use the copyrighted work in a reasonable way under the circumstances without the consent of the copyright owner if it would advance the public interest. Such use of a copyrighted work is called a fair use. The owner of a copyright cannot prevent others from making a fair use of the owner's copyrighted work.

The defendant contends that the defendant made fair use of the copyrighted work for the purpose of criticism, comment, and news reporting. The defendant has the burden of proving this defense by a preponderance of the evidence.

**United States District Court**

For the Northern District of California

1  In determining whether the use made of the work was fair, you should consider the

2  following factors:

3  (1) the purpose and character of the use, including whether such use is of a

4  commercial nature or is for nonprofit educational purposes;

5  (2) the nature of the copyrighted work;

6  (3) the amount and substantiality of the portion used in relation to the copyrighted

7  work as a whole; and

8  (4) the effect of the use upon the potential market for or value of the copyrighted work.

9  You should also consider whether or not the public interest is served by the

10  defendant's use of the photograph.

11  In order to determine whether fair use applies, you must balance the various fair use

12  factors.  None is definitive or determinative.

13  If you find that the defendant proved by a preponderance of the evidence that the

14  defendant made a fair use of the plaintiff's work, your verdict should be for the defendant.

15  **IT IS SO ORDERED.**

16

17

18  Dated: August 3, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

G:\CRBALL\2004\5262\proposed fair use jury instruction.wpd          2