IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS, | No. C 04-05262 CRB |
| Plaintiff, | **[PROPOSED] LIABILITY JURY INSTRUCTIONS** |
| v. | |
| SAN JOSE MERCURY NEWS, | |
| Defendant. | |

The Court submits the attached proposed liability jury instructions for the parties to consider. The parties shall be prepared to comment on these instructions on Monday morning.

**IT IS SO ORDERED.**

Dated: August 5, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\5262\proposed liability jury instructions.wpd