IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. HARRIS,<br><br>         Plaintiff,<br><br>    v.<br><br>SAN JOSE MERCURY NEWS,<br><br>         Defendants.<br>_____/ | No. C 04-05262 CRB<br><br>**[PROPOSED] FORM OF VERDICT** |

**1.     Fair Use**

Do you find that the San Jose Mercury News's reproduction of the Percy Photograph constituted fair use?

YES _____  NO _____

DATED: _____              _____
                                                             FOREPERSON

**IT IS SO ORDERED.**

Dated: August 5, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\5262\proposed form of verdict.wpd