IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HARRIS, | No. C-04-5262CRB |
| Plaintiff | **ORDER** |
| v | |
| SAN JOSE MERCURY NEWS, | |
| Defendant. | |

**IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter at the expense of the United States.**

Dated: August 15, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

N:\pdf documents\5262harris.wpd