1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   JAMES M. CHADWICK, Cal. Bar No. 157114
2  GARY L. BOSTWICK, Cal. Bar No. 79000
   Four Embarcadero Center, 17th Floor
3  San Francisco, CA  94111
   Telephone:  (415) 434-9100
4  Facsimile:   (415) 434-3947
   jchadwick@sheppardmullin.com
5  gbostwick@sheppardmullin.com

6  DLA PIPER RUDNICK GRAY CARY US LLP
   DIANA NG FUNG, Cal. Bar No. 185175
7  2000 University Avenue
   East Palo Alto, CA 94303-2248
8  Telephone:  (650) 833-2000
   Facsimile:   (650) 833-2001
9  diana.ng.fung@dlapiper.com

10 Attorneys for Defendant
   SAN JOSE MERCURY NEWS, INC.

11

12 TRIAL & TECHNOLOGY LAW GROUP
   ROBERT A. SPANNER, Cal. Bar No. 60308
13 545 Middlefield Road, Suite 200
   Menlo Park, CA 94025
14 Telephone:  (650) 324-2233
   Facsimile:  (650) 324-0178
15 ras@techtriallaw.com

16 Attorney for Plaintiff
   CHRISTOPHER R. HARRIS

17

18

19                UNITED STATES DISTRICT COURT

20               NORTHERN DISTRICT OF CALIFORNIA

21                  SAN FRANCISCO DIVISION

22

23 CHRISTOPHER R. HARRIS,                 Case No. C 04-05262 CRB

24              Plaintiff,
                                          STIPULATION AND [PROPOSED]
25         v.                             ORDER RE COSTS AND
                                          ATTORNEYS' FEES
26 SAN JOSE MERCURY NEWS, INC.,

27              Defendants.

28

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND
2  THE HONORABLE COURT:

3

4  **<u>STIPULATION</u>**

5

6  Whereas, on August 8, 2006, the Court entered an amended judgment
7  in favor of defendant San Jose Mercury News, Inc. ("Mercury News") at the
8  conclusion of the jury trial of this action;

9  Whereas, the Mercury News has filed a Bill of Costs in the amount of
10  $32,276.76 and a motion for an order awarding attorneys' fees; and

11  Whereas, the Mercury News and plaintiff Christopher Harris ("Harris")
12  have executed a Mutual Waiver and General Release ("Mutual Release");

13  Whereas, the Mutual Release provides for an award to the Mercury
14  News of part of the costs and attorney's fees it seeks, and for the waiver by Plaintiff
15  of the right to appeal the judgment in this matter, and for the entry of an order
16  amending the judgment in this matter accordingly;

17  Now, therefore, the parties, by and through their counsel of record,
18  hereby agree and stipulate to the following:

19  1.  That the Court shall enter an Order further amending the
20  judgment in this action to award the Mercury News $16,000 in fees and costs,
21  without interest, to be paid in 32 monthly installments of $500, beginning November
22  29, 2006;

23  2.  That the Court Order shall also amend the judgment in this
24  action to provide that the Mercury News give Harris notice of any late payment (the
25  "Notice"), that Harris shall have 20 days from the date of the Notice to make the late
26  payment, and that if Harris does not pay within 20 days of the date of the Notice, he
27  shall be obligated to pay the Mercury News $32,276.76, the full amount of costs

28

- 1 -

1  sought by the Mercury News, together with any attorneys' fees and costs incurred by

2  the Mercury News in enforcing the amended judgment or the Mutual Release.

3

4  **IT IS SO STIPULATED.**

5  DATED: September 7, 2006

6                              TRIAL & TECHNOLOGY LAW GROUP

7

8                    By _____

9                                 ROBERT A. SPANNNER
                                  Susan Kalra

10                               Attorneys for Plaintiff
                                CHRISTOPHER R. HARRIS

11

12

13  DATED: September 8, 2006

14                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

15

16                    By _____

17                                 JAMES M. CHADWICK
                                  GARY L. BOSTWICK

18                               Attorneys for Defendant
19                              THE SAN JOSE MERCURY NEWS, INC.

20

21

22

23

24

25

26

27

28

- 2 -

1 <center>~~[PROPOSED]~~ ORDER</center>

2

3 The Court having read and considered the parties' Stipulation, and good

4 cause appearing therefor, it is hereby ordered that the amended judgment entered in

5 this action on August 8, 2006 shall be and hereby is further amended to award

6 Defendant, San Jose Mercury News, Inc. (the "Mercury News"), $16,000 in fees and

7 costs, without interest, to be paid by Plaintiff, Christopher Harris ("Harris"), in 32

8 monthly installments of $500, beginning November 29, 2006.  The judgment is also

9 amended to require the Mercury News to give Harris notice of any late payment (the

10 "Notice"), and to provide that Harris shall have 20 days from the date of the Notice

11 to make the late payment, and that if Harris does not pay within 20 days of the date

12 of the Notice, he shall be obligated to pay $32,276.76 to the Mercury News, together

13 with any attorneys' fees and costs incurred by the Mercury News in enforcing the

14 amended judgment or the Mutual Waiver and General Release executed by the

15 parties on August 31, 2006.

16

17 **IT IS SO ORDERED.**

18

19

20 Dated:  _September 12, 2006_____

21 _____

 HONORABLE
 UNITED STATE



22

23

24

25

26

27

28