SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JAMES M. CHADWICK, Cal. Bar No. 157114
GARY L. BOSTWICK, Cal. Bar No. 79000
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
jchadwick@sheppardmullin.com
gbostwick@sheppardmullin.com

DLA PIPER RUDNICK GRAY CARY US LLP
DIANA NG FUNG, Cal. Bar No. 185175
2000 University Avenue
East Palo Alto, CA 94303-2248
Telephone:  (650) 833-2000
Facsimile:   (650) 833-2001
diana.ng.fung@dlapiper.com

Attorneys for Defendant
SAN JOSE MERCURY NEWS, INC.

TRIAL & TECHNOLOGY LAW GROUP
ROBERT A. SPANNER, Cal. Bar No. 60308
545 Middlefield Road, Suite 200
Menlo Park, CA 94025
Telephone:  (650) 324-2233
Facsimile:  (650) 324-0178
ras@techtriallaw.com

Attorney for Plaintiff
CHRISTOPHER R. HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER R. HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN JOSE MERCURY NEWS, INC.,<br><br>        Defendants. | Case No. C 04-05262 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE RELEASE OF<br>EXHIBITS** |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND
2    THE HONORABLE COURT:

3
4    **<u>STIPULATION</u>**
5
6    Whereas, on August 8, 2006, the Court entered an amended judgment
7    in favor of defendant San Jose Mercury News, Inc. ("Mercury News") at the
8    conclusion of the jury trial of this action;
9    Whereas, during the course of the trial of this action, both parties
10   submitted exhibits that were admitted into evidence and held in the custody of the
11   Clerk;
12   Whereas, Local Rule 79-4(b) of the District Court for the Northern
13   District of California provides that "any exhibit placed in the custody of the
14   Clerk . . . must be removed by the party which submitted into evidence;" and
15   Whereas, each party believes that it is in its best interest, and in the
16   interest of efficiency, to have all exhibits submitted into evidence during the trial of
17   this action released to the Mercury News, which shall make them available to
18   Plaintiff as reasonably requested.
19   Now, therefore, the parties, by and through their counsel of record,
20   hereby agree and stipulate to the following:
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

- 1 -

W02-WEST:1DES1\400075828.1
STIPULATION AND [PROPOSED] ORDER RE RELEASE OF EXHIBITS
CASE NO. C 04-05262 CRB

1    That the Court shall enter an Order directing the Clerk to release all

2  exhibits submitted into evidence in the trial of this action to counsel for the Mercury

3  News. Counsel for the Mercury News will make the exhibits available to Plaintiff

4  as reasonably requested, for so long as they retain the exhibits.

5

6  **IT IS SO STIPULATED.**

7  DATED: September 8, 2006

8                              TRIAL & TECHNOLOGY LAW GROUP

9

10                   By _____

11                              ROBERT A. SPANNER

12                              Attorneys for Plaintiff
                                CHRISTOPHER R. HARRIS
13

14

15  DATED: September 18, 2006

16                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

17

18                   By _____/ s /_____

19                              JAMES M. CHADWICK
                                GARY L. BOSTWICK
20
                                Attorneys for Defendant
21                              THE SAN JOSE MERCURY NEWS, INC.

22

23

24

25

26

27

28

- 2 -

1

2

<h1 style="text-align:center">~~[PROPOSED]~~ ORDER</h1>

3          The Court having read and considered the parties' Stipulation, and good

4 cause appearing therefor, it is hereby ordered that the Clerk of the Court shall

5 release all exhibits admitted into evidence during the trial in this action to counsel

6 for defendant San Jose Mercury News, Inc.  Counsel for the Mercury News will

7 make the exhibits available to Plaintiff as reasonably requested, for so long as they

8 retain the exhibits.

9

10 **IT IS SO ORDERED.**

11

12

13 Dated:   __September 20, 2006__   _____

14                                          HONORABLE CHARLES R. BREYER
                                             UNITED STATES DISTRICT JUDGE
15

16

17



18

19

20

21

22

23

24

25

26

27

28